# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00542-CV

### In re The Honorable Richard "Opey" Watkins

### ORIGINAL PROCEEDING FROM MILAM COUNTY

## O R D E R

**PER CURIAM**

The Honorable Barbara Vansa, Milam County Clerk, is hereby directed not to print or mail ballots for the 2014 general election pending further order of this Court.

It is so ordered September 3, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin